IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEONTE MARQUIS BROWN,

    Plaintiff,

v.

SHERIFF JOHN WILCHER; and DISTRICT ATTORNEY SHALENA JONES,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-27

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 13, 2021, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. Plaintiff has failed to Comply with the Court's Order requiring that he execute and return forms related to his *in forma pauperis* status. (See, doc. 4.) He has also failed to respond to the Clerk's notice of deficiency regarding the return of the statement regarding magistrate judge assignment. (See, doc. 7.) The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA